UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIKRI BAYRAMOGLU, | ) | Case No. CV 10-9692-PSG (PJW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| E. BANALES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: April 24, 2013.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd